# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,                          )
                                 Plaintiff,       )
                                          )
vs.                                                )  Case No.  11-00287-01-CR-W-FJG
                                          )
KHALIFAH V. ABRAM,                                 )
                             Defendant.       )

## ORDER

Pending before the Court is defendant's Motion to Suppress Evidence (Doc. No. 21).

On June 26, 2012, United States Magistrate Judge John T. Maughmer entered a Report and Recommendation which recommended denying defendant's Motion to Suppress Evidence (Doc. No. 34).  Objections to the Report and Recommendation were filed by defendant on August 1, 2012 (Doc. No. 38).  The government filed a response (Doc. No. 39)

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions.  Therefore, the Court finds that defendant's Motion to Suppress Evidence (Doc. No. 21) will be **DENIED.**

                               /s/Fernando J. Gaitan, Jr.
                              Fernando J.  Gaitan, Jr.
                              Chief United States District Judge

Dated:  October 2, 2012
Kansas City, Missouri